# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD WAYNE SHARP, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| vs. | )    Case No. 2016-cv-00430-RAW |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY | ) |
| | ) |
|     DEFENDANT. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Donald Wayne Sharp, and State Farm Mutual Automobile Insurance Company, hereby stipulate to the dismissal of this case, with prejudice to its refiling, each party to bear its own costs and attorneys' fees incurred.

Respectfully submitted,

s/ Kevin T. Sain
Kevin T. Sain, OBA #17814
Sain Law Firm, P.C.
P. O. Box 29
Idabel, OK 74745
(580) 208-2880 – Telephone
(580) 208-2886 – Fax
kevintsain@yahoo.com

and

Bret A. Smith, OBA #14521
P.O. Box 2250
Muskogee, OK  74402
(918) 687-0011 – Telephone
(918) 687-8490 – Fax
bretsmith@sbcglobal.net

*Attorneys for Plaintiff,
Donald Wayne Sharp*

s/ Scott Ryan
Scott Ryan, OBA #14397
William F. Smith, OBA #8420
Taylor, Ryan, Minton,
Van Dalsem & Williams, P.C.
1080 Boulder Towers
1437 South Boulder Ave.
Tulsa, Oklahoma 74119-3640
(918) 749-5599 – Telephone
(918) 749-9531 – Fax
sryan@taylorryanlaw.com
bsmith@tsrvlaw.com

*Attorneys for Defendant, State Farm Mutual
Automobile Insurance Company*